DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**ERIC TURNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1708

[August 24, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 11-20881CF10A and 12-8025CF10A.

Eric Turner, Okeechobee, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***